**FILED**
MAY 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 MJ 8439

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) |
| Gustavo ARAUJO-Rios | ) Title 8, U.S.C., Sec., 1326 |
| Defendant. | ) Attempted Entry After Being ) Ordered Deported/Removed |

The undersigned complainant, being duly sworn, states:

On May 15, 2008, within the Southern District of California, the defendant, Gustavo ARAUJO-Rios an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e., conscious desire, to enter the United States at the Calexico Port of Entry without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached probable cause statement which is incorporated herein by reference.

_____
Gustavo Barreto, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS DATE 19TH DAY OF MAY, 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1 | UNITED STATES OF AMERICA
2 |         v.
     Gustavo ARAUJO-Rios

PROBABLE CAUSE STATEMENT

The complainant, states that this complaint is based upon the arrest reports of the apprehending officers and the investigation report submitted by Customs Border Protection Enforcement Officer Gustavo Barreto.

On May 15, 2008, at approximately 8:30 P.M., the defendant Gustavo ARAUJO-Rios arrived at the Calexico Port of Entry hidden inside the cabin of a tractor trailer that applied for entry through commercial primary lanes. Customs Border Protection Officer (CBPO) C. Estrada was conducting an inspection of the tractor trailer when she discovered the defendant lying on the sleeping area completely covered with blankets. CBPO Estrada then removed the defendant from the sleeping area and escorted him to the secondary office for further inspection.

Gustavo ARAUJO-Rios was transported to the Port Enforcement Team office for further investigation. At the Port Enforcement Team Customs and Border Protection Enforcement Officer Barreto conducted record checks revealing prior deportation from an immigration judge. Records also revealed prior incarceration. Records confirmed that the defendant is an alien, a native and citizen of Mexico with no legal documents to enter into or be in the United States. Gustavo ARAUJO-Rios was advised of his Miranda warnings in the English language to which he said he understood.

\\
\\
\\
\\
\\
\\
\\
\\

UNITED STATES OF AMERICA
          v.
Gustavo ARAUJO-Rios

Executed on May 16, 2008, at approximately   8:00 P.M.

_____
Gustavo Barreto, CBP
Enforcement Officer

On the basis of the facts presented in the probable cause statement consisting of two page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on ____May 15, 2008____ in the violation of Title 8, United States Code, § 1326.

_____                    5/16/08   938pm
HON. ANTHONY J. BATTAGLIA                           Date and Time
United States Magistrate Judge