1  KAREN P. HEWITT
   United States Attorney
2  John F. Weis
   Assistant U. S. Attorney
3  California State Bar No. 82884
   516B Industry Way, Suite C
4  Imperial, CA  92251
   Telephone: (760) 370-0893 Ext. 13
5
   Attorneys for Plaintiff
6  United States of America

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA         ) Magistrate Case No.: 08MJ8439
                                    )
12                     Plaintiff,   ) Statement of Related Case
              v.                    )
13                                  )
   Gustavo ARAUJO-Rios,             )
14                                  )
                       Defendant.   )
15 _____)

16     The government avers that the above captioned case is related to United States v. Daniel

17 HERNANDEZ-Loya, Magistrate Number 08MJ8440.

18
       Dated:  May 19, 2008.
19

20                                              KAREN P. HEWITT
                                                United States Attorney
21

22                                              /s/ John F. Weis

23                                              JOHN F. WEIS
                                                Assistant U. S. Attorney
24

25

26

27

28

FILED
MAY 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY